Mark Mizrahi Esq. (State Bar No. 179384)
  mmizrahi@wrslawyers.com
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
11400 W. Olympic Blvd.
9th Floor
Los Angeles, California 90064
PH:  310-478-4100
FAX:  310-478-6363

OF COUNSEL:

Christopher J. Lee (*Pro Hac Vice* Anticipated)
  clee@nshn.com
Robert A. Conley (*Pro Hac Vice* Anticipated)
  rconley@nshn.com
Daniel R. Ferri (*Pro Hac Vice* Anticipated)
  DFerri@nshn.com
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Ph: (312) 236-0733
Fax: (312) 236-3137

Attorneys for Plaintiff,
CATR CO., LTD.,
a South Korean limited company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATR CO., LTD., a South Korean limited company,<br><br>  Plaintiff,<br><br>  v.<br><br>KINGSTON TECHNOLOGY COMPANY, INC, a Delaware corporation,<br><br>  Defendant. | Case No.<br><br>**PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY DEMAND** |

PLAINTIFF'S COMPLAINT AND JURY DEMAND

Plaintiff CATR Co., Ltd. ("CATR") complains of defendant Kingston Technology Company, Inc. ("Kingston") as follows:

## THE PARTIES

1. CATR is a South Korean company with a principal place of business located at 92, Gwangok-ro, Giheung-gu, Yongin-si, Gyeonggi-do, 446-569, Republic of Korea.

2. Kingston is a Delaware corporation having a principal place of business located at 17600 Newhope Street, Fountain Valley, California 92708.

## JURISDICTION AND VENUE

3. This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. The Court has original subject matter jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Kingston has conducted business in this District and has committed acts of infringement in this District. Such acts include offering to sell, selling and/or distributing infringing products, either directly or through intermediaries and agents, within this District. Kingston has purposely availed itself of the privilege of conducting business with residents of this District, and has established sufficient minimum contacts with the State of California such that it should reasonably and fairly anticipate being brought into court in California.

5. Venue is proper in this District under 28 U.S.C. §§ 1391(b)-(c) and 1400(b). Kingston is subject to personal jurisdiction in this District and has committed acts of infringement in this District.

///

# KINGSTON'S INFRINGEMENT OF THE PATENT-IN-SUIT

## A. The Patent-in-Suit

6. United States Patent No. 6,926,544 ("the '544 patent"), entitled "Flash Memory Apparatus Having Single Body Type Rotary Cover," was duly and legally issued by the United States Patent and Trademark Office on August 9, 2005. A copy of the '544 patent is attached hereto as Exhibit A.

7. CATR owns all right, title and interest in, and has standing to sue for infringement of, the '544 patent.

## B. Infringement of the Patent-in-Suit

8. Kingston has engaged in, and continues to be engaged in, the offer for sale and/or sale within the United States, and/or the importation into the United States, of USB flash memory devices which infringe the '544 patent. Such USB flash memory devices include, without limitation, products currently and/or previously marketed, offered for sale, and sold by Kingston within the group of products that Kingston identifies as the DataTraveler 101 G2 ("DT101 G2") line of USB flash memory devices.

9. Kingston has offered for sale within the United States, and continues to offer for sale within the United States, the DT101 G2 line of USB flash memory devices.

10. Kingston has imported into the United States, and continues to import into the United States, the DT101 G2 line of USB flash memory devices.

11. Kingston has sold within the United States, and continues to sell within the United States, the DT101 G2 line of USB flash memory devices.

12. The DT101 G2 line of USB flash memory devices is presently marketed and sold by Kingston within the United States in a variety of memory capacities, including 8GB, 16GB, 32GB, 64GB and 128GB. In the past, the

1  DT101 G2 line of USB flash memory devices has also been marketed and sold by
2  Kingston in 2GB and 4GB capacities.

3    13.   Kingston generates revenue as a result of its sale of the DT101 G2
4  line of USB flash memory devices within the United States.

5    14.   Kingston generates profits as a result of its sale of the DT101 G2 line
6  of USB flash memory devices within the United States.

7    15.   Each device within Kingston's DT101 G2 product line constitutes a
8  USB flash memory device having a rotatable cover.

9    16.   Kingston refers to the rotatable cover of its DT101 G2 line of USB
10 flash memory devices as being a "swivel design" and/or a "capless swivel design."
11 (See, e.g., http://www.kingston.com/datasheets/dt101g2_us.pdf; see also,
12 http://www.kingston.com/us/usb/personal_business#dt101g2, both available via
13 Kingston's website.)

14   17.   Kingston promotes the "swivel design" as a benefit of its DT101 G2
15 line of USB flash memory devices. (See, e.g.,
16 http://www.kingston.com/datasheets/dt101g2_us.pdf, available via Kingston's
17 website; see also, http://www.kingston.com/us/usb/personal_business#dt101g2,
18 also available via Kingston's website.)

19   18.   Kingston describes its DT101 G2 line of USB flash memory devices
20 as "featur[ing] a capless, swivel design for added functionality and ease of use."
21 (See e.g., http://www.kingston.com/datasheets/dt101g2_us.pdf, available via
22 Kingston's website.)

23   19.   The "capless, swivel design" of Kingston's DT101 G2 line of USB
24 flash memory devices drives customer demand for those products and Kingston's
25 sales thereof.

26   20.   The image that appears to the left below is a reproduction of a
27 photograph of component parts from a DT101 G2 (4GB) USB flash memory

28

1 device. The image that appears to the right below is a reproduction of Figure 2 of
2 the '544 patent. In relation to Figure 2, the '544 patent identifies reference
3 numeral 31 as being a "case," reference numeral 32 as being a "USB terminal
4 piece," and reference numeral 40 as being a "cover."

 

19  21.  The Kingston DT101 G2 (4GB) USB flash memory device shown
20 above contains a case.

21  22.  The Kingston DT101 G2 (4GB) USB flash memory device shown
22 above contains a USB terminal piece.

23  23.  The Kingston DT101 G2 (4GB) USB flash memory device shown
24 above contains a cover.

25  24.  The image that appears below is a reproduction of a photograph of a
26 DT101 G2 (4GB) USB flash memory device. A red arrow has been added to the
27 image to illustrate the rotatable nature of what Kingston refers to as the "swivel

28 PLAINTIFF'S COMPLAINT AND JURY DEMAND

1  design" of the DT101 G2 line of USB flash memory devices.



25. The "swivel design" of the Kingston DT101 G2 (4GB) USB flash memory device shown above enables the cover of the device to be rotated relative to the case of the device so as to expose (or to conceal) the USB terminal piece of the device.

**C.  Notice of Infringement**

26. Kingston's infringement has occurred with knowledge of the '544 patent.

27. Kingston was given actual notice of the '544 patent on or about August 17, 2012, when CATR's legal counsel sent a letter regarding the '544 patent to Kingston.  CATR's August 17, 2012 letter to Kingston expressly informed Kingston of CATR's belief that Kingston was infringing the '544 patent as a result of its sale of the DT101 G2 USB flash memory device within the United States.

///
///
///

# COUNT I

## INFRINGEMENT OF THE '544 PATENT

28. CATR re-alleges and incorporates by reference each and every allegation set forth in the proceeding paragraphs 1-27 as if fully set forth herein.

29. Kingston has infringed and continues to infringe at least claims 8, 11, 12, 16, 18 and 20 of the '544 patent through, among other activities, selling and/or offering to sell within the United States, and/or importing into the United States, USB flash memory devices that employ the inventions of the '544 patent within the meaning of 35 U.S.C. § 271(a). Such infringing USB flash memory devices include, without limitation, the products currently and/or previously marketed, offered for sale, and sold by Kingston within the group of products that Kingston identifies as the DataTraveler 101 G2 ("DT101 G2") line of USB flash memory devices.

30. As a direct and proximate result of Kingston's infringement, CATR has suffered, and will continue to suffer, serious irreparable injury for which CATR is entitled to recover damages adequate to compensate it for such infringement, but, in no event, less than a reasonable royalty.

31. Kingston's infringement has been willful, deliberate and objectively reckless in violation of 35 U.S.C. § 284. This infringement continues today despite an objectively high likelihood that Kingston's actions constitute infringement of the '544 patent. This objectively high likelihood of infringement was either known to Kingston, or so obvious that it should have been known to Kingston. Kingston has failed to adequately respond to CATR's allegations of infringement and, upon information and belief, has not taken necessary steps to avoid infringement. Kingston has not presented any competent advice of counsel upon which it has relied, nor has it presented any reasonable defense of non-infringement, invalidity or unenforceability. Instead, Kingston has continued to infringe the '544 patent, in

an objectively reckless manner, with complete disregard of CATR's rights in the '544 patent.

## PRAYER FOR RELIEF

WHEREFORE, CATR respectfully requests that this Court enter judgment in its favor and against Kingston and its respective subsidiaries, affiliates, assumed business entities, agents, servants, employees and all persons in active concert or participation with Kingston and grant the following relief:

A. Adjudge and decree that Kingston has been, and is currently, infringing the '544 patent;

B. Award damages to CATR to compensate CATR for each of Kingston's unlawful actions set forth in CATR's complaint;

C. Adjudge and decree that Kingston's infringement of the '544 patent has been willful;

D. Award enhanced damages to CATR pursuant to 35 U.S.C. § 284;

E. Award prejudgment interest on all damages awarded to CATR from the date Kingston's infringement of the '544 patent began;

F. Adjudge and decree that this patent infringement case is exceptional and award CATR its costs and attorneys' fees incurred in this action pursuant to 35 U.S.C. § 285; and

G. Award CATR such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: August 21, 2014

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

By: _____
Mark B. Mizrahi

Attorneys for Plaintiff CATR Co., Ltd.

PLAINTIFF'S COMPLAINT AND JURY DEMAND

- 8 -

## DEMAND FOR JURY TRIAL

CATR respectfully demands a trial by jury on all the issues triable thereby.

Respectfully submitted,

Dated: August 21, 2014

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

By: _____
Mark B. Mizrahi

Attorneys for Plaintiff CATR Co., Ltd.

# EXHIBIT A

US006926544B2

## (12) United States Patent
### Lee

(10) Patent No.: **US 6,926,544 B2**
(45) Date of Patent: **Aug. 9, 2005**

(54) **FLASH MEMORY APPARATUS HAVING SINGLE BODY TYPE ROTARY COVER**

(75) Inventor: **Jung-Woo Lee**, Seoul (KR)

(73) Assignee: **Hana Micron, Inc.**, Asan (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/346,105**

(22) Filed: **Jan. 17, 2003**

(65) **Prior Publication Data**

US 2003/0223286 A1 Dec. 4, 2003

(30) **Foreign Application Priority Data**

May 30, 2002 (KR) ................................ 20-2002-0016582

(51) Int. Cl.$^7$ ................................................ **H01R 13/44**
(52) U.S. Cl. ...................................................... **439/147**
(58) Field of Search ................................ 439/142, 143, 439/144, 136

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,816,824 A * 10/1998 White et al. .................. 439/35
5,852,394 A * 12/1998 Watanabe et al. ............. 336/66
6,267,608 B1 * 7/2001 Yagi ........................... 439/142

* cited by examiner

Primary Examiner—Gary Paumen
Assistant Examiner—James R. Harvey
(74) Attorney, Agent, or Firm—Millen, White, Zelano & Branigan, P.C.

(57) **ABSTRACT**

A flash memory apparatus having a single body type rotary cover, wherein a cover is not completely separated from a main body so that loss of the cover is prevented. The flash memory apparatus includes: a flash memory main body including a rectangular shaped case within which a memory element is mounted. A USB terminal piece is electrically connected with the memory element and is installed at a front end of the case to project therefrom and a hinge protuberance formed on at least one side of the case. A cover defined by a pair of parallel plate members facing each other with an interval corresponding to the thickness of the case is provided. The cover has an open front end and a closed rear end. Both lateral ends of the cover are open. The parallel plate members have a pair of hinge holes joined to the hinge protuberance, so that the cover is rotatable with respect to the flash memory main body, whereby the USB terminal piece is either received in an inner space of the cover or rotated for exposure to the outside of the cover.

**24 Claims, 4 Drawing Sheets**



Exhibit A - 10

[FIG. 1a]



[FIG. 1b]



[FIG. 2]



[FIG. 3a]

Exhibit A - 13

[FIG. 3b]



[FIG. 4]



Exhibit A - 14

# FLASH MEMORY APPARATUS HAVING SINGLE BODY TYPE ROTARY COVER

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a flash memory apparatus, and more particularly to a flash memory apparatus, wherein a cover is not completely separated from the main body upon being in use so that lost of the cover is prevented.

### 2. Description of the Related Art

A flash memory is a nonvolatile semiconductor memory device also called as a flash RAM (Random Access Memory). The flash memory is also one of variations of an EEPROM (Electrically Erasable Programmable Read Only Memory). But unlike the EEPROM erasable and modifiable at the byte level, the flash memory is erasable and modifiable at the block level, so that performance speed is fast. Such flash memory is currently in use for portable memory apparatus in variety of apparatus including digital cellular phone, digital camera, LAN (Local Area Network) switch, PC card, and digital setup box or inner controller for notebook computer. Furthermore, as memory capacity has been remarkably increased recently, even the flash memory of giga byte capacity is put on the market and actively in use.

In the meantime, an USB port (Universal Serial Bus port) is one of serial ports drawing attention with introduction of Windows 98, operating system for a computer. The USB port plays a role of plug and play interfacing between computer and peripheral devices such as audio player, joystick, keyboard, telephone, scanner, printer, or between computer and flash memory. In relation to the flash memory, the computer could read data stored in the flash memory through such USB port or could record necessary data on the flash memory.

In the meantime, the flash memory apparatus of the related art has a cover for protecting the USB port to prevent the USB port from being damaged or to prevent alien substances from penetrating into the USB port. FIG. 1a and FIG. 1b are front views showing keeping and usage status for the flash memory apparatus having a separation type cover of the prior art. As shown in FIG. 1a and FIG. 1b, the flash memory apparatus having the separation type cover of the prior art, roughly consists of a flash memory main body 10 for receiving a memory element (not shown) in its inside, and a cover 20. Additionally, an USB terminal piece 11 electrically connected with the memory element in the inside and joined to the USB port, is projected from the front end of the memory main body 10, and a front end closely joining part 12 of a predetermined length, where the cover 20 is forcibly fit in and confined therein, is formed on the periphery of the USB terminal piece 11. A fixing threshold 13 for preventing the cover 20 from being inserted further, is formed at the rear end of the front end of the closely joining part 12.

Also, a terminal closely joining part 14 of a predetermined length, where the cover 20 is forcibly fit in and confined therein, is formed also at the terminal of the memory main body 10, and a fixing threshold 13 for preventing the cover 20 from being moved forward further, is formed at the front end of the terminal closely joining part 14.

With the flash memory apparatus provided with the separation type cover having the foregoing construction in case of using the flash memory apparatus, a 25 user applies force on the cover 20 tit in the front end closely joining part 12,

for enclosing the USB terminal piece 11 in order to expose the USB terminal piece 11, and then joins the exposed USB terminal piece 11 to the USB port of the computer. A user may insert the separated cover 20 to the terminal closely joining part 14, temporarily keeping the same so that the separated cover 20 is not lost. In case that using the flash memory is completed, a user separates the cover 20 inserted in the terminal closely joining part 14, and keeps the flash memory apparatus with the cover 20 inserted in the front end closely joining part 12.

But, according to the flash memory apparatus having the separation type cover of the prior art as described above, a user may not put the cover on the front end or terminal closely joining part, but may put the cover elsewhere, whereby the cover is lost. In the meantime, situations frequently occur wherein the status of the joint between the USB terminal piece and the front end closely joining part, or the terminal of the closely joining part, loosens so that the cover is detached from the USB terminal piece. In that case, the USB terminal portion of the flash memory apparatus may be damaged or an alien substance may enter the USB terminal piece.

## SUMMARY OF THE INVENTION

To solve the above identified problems, it is an object of the present invention to provide a flash memory apparatus having a single body type rotary cover, wherein a cover is not completely separated from the main body during use so that loss of the cover is prevented.

The foregoing and other objects and advantages are realized by providing a flash memory apparatus having a single body type, rotary cover including: a flash memory main body including a rectangular shaped case within which a memory element is mounted with an USB terminal piece electrically connected with the memory element and installed at a front end of the case in a projecting manner. A hinge protuberance is foamed on at least one side of the case. A pair of parallel plate members facing each other with an interval corresponding to the thickness of the case defines a cover having an open front end. The cover has a closed rear end and lateral sides which are open. The parallel plate members have a at least one hinge hole receiving the hinge protuberance for allowing the cover to pivot on the case, so that the cover is rotated with respect to the flash memory main body, whereby the USB terminal piece is received in an inner space of the cover or exposed outside the cover.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above objects, features and advantages of the present invention will become more apparent from the following detailed description when taken in conjunction with the accompanying drawings, in which:

FIG. 1a and FIG. 1b are front views showing keeping and usage status for a flash memory apparatus having a separation type cover of the prior art;

FIG. 2 is an exploded, perspective view of a flash memory apparatus having a single body type, rotary cover according to the present invention;

FIG. 3a and FIG. 3b are perspective views showing keeping and usage status, respectively, for a flash memory apparatus having a single body type rotary cover according to a preferred embodiment of the present invention; and

FIG. 4 is a schematic cross-sectional view for a portion, taken along line A—A of FIG. 3a.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

A preferred embodiment of the present invention will now be described with reference to the accompanying drawings.

3

In the following description, the same drawing reference numerals are used for the same elements in different drawings.

FIG. **2** is an exploded, perspective view of a flash memory apparatus having a single body type rotary cover of the present invention. FIG. **3**a and FIG. **3**b are perspective views showing storage and usage status for a flash memory apparatus having a single body type rotary cover according to a preferred embodiment of the present invention. FIG. **4** is a schematic cross-sectional view of the portion, taken along line A—A of FIG. **3**a. As shown in FIG. **2** through FIG. **4**, the flash memory apparatus having a single body type rotary cover of the present invention, includes a flash memory main body **30** and a cover **40** integrally joined to the flash memory main body **30**. A case **31** for such flash memory main body **30** is of a rectangular shape having a width wider than its thickness. Additionally, a memory element (not shown) is received in the interior of the case. Also, an USB terminal piece **32**, electrically connected with the memory element and joined to an USB port of a computer, is projected from a front end of the case **31**. A hinge protuberance **33** for functioning as a rotation shaft of a cover **40** is provided on an appropriate position of a front side and a rear side of the case **31**. Such hinge protuberance **33** may be formal integrally with the case **31**, or may be manufactured in form of a separate element so that the hinge protuberance **33** is assembled by means of an adhesive agent (The present embodiment shows the latter case). Also, a closely joining protuberance **35** for fixing the cover **40** in a forcibly fitting manner upon storage as described in the following description is formed on one lateral side of the case **31**.

The cover **40** has a cavity therein and is of a shape having width wider than its thickness, namely 'U' shaped, when viewed laterally. The cover **40** has open end and a closed end. Adjacent to its open end the cover has a circular hinge hole **41** for receiving the hinge protuberance **33** formed on the flash memory main body **30**. Furthermore, a hooking groove **34** is preferably formed on the lower periphery of the hinge protuberance **33**. A hooking threshold **45** is hooked on the hooking groove **34** and is preferably formed on a rim confining the hinge hole **41** in order to prevent the hinge hole **41** from being easily detached from the hinge protuberance **33** after joining of the hinge hole **41** and the hinge protuberance **33**. In that case, the upper portion of the hooking groove **34** is tapered such that its top is narrow and its bottom is wide so that the hooking threshold **45** is smoothly inserted into the hooking groove **34**. The inner edge in the lower part of the hooking threshold **45** that comes into contact with the upper portion of the hooking groove **34** upon insertion is preferably rounded.

The length from the center of the hinge hole **41** of the cover **40** to the closed terminal should be longer than the length from the center of the hinge protuberance **33** of the flash memory main body **30** to the terminal end. Additionally, the width of the cover **40** is preferably about the same as that of the case **31** or a little wider. At least one side of the cover **40** should be opened so that the flash memory main body **30** is allowed to go in and out of the cover **40**. One part of the other side, however, is preferably closed in order to prevent alien substances from penetrating into the interior of the cover **40**. The aforementioned one part is referred to "closing part **43**", and the opened part is referred to "fixing groove **42**" hereinafter. For a close joint the protuberance **35** is fixed in the opened part in a force fit upon storing of the flash memory main body **30** in the cover **40**.

In case the flash memory main body **30** is stored by the foregoing stricture, the closely joining protuberance **35** is

4

tightly joined to the fixing groove **42** with the flash memory main body **30** received in the interior of the cover **40** as shown in FIG. **3**a. Therefore, as long as more than a predetermined external force is not applied, the status that the flash memory main body **30** is received in the interior of the cover **40**, is stored as is. Of course, in that status, the flash memory main body **30** is not rotated within the cover **40** by the closing part.

When it is intended to use the flash memory apparatus in storage within the cover **40**, a user holds the cover and rotates the flash memory main body **30** in an arrow direction as indicated in FIG. **3**a so as to expose the USB terminal piece **32** as shown in FIG. **3**b. With such exposed status, a user connects the USB terminal piece **32** to the USB port of the computer.

While the invention has been shown and described with reference to certain preferred embodiments thereof, it will be understood by those skilled in the art that various changes in form and details may be made therein without departing from the spirit and scope of the invention as defined by the appended claims.

For example, the function of the closely joining protuberance **35** formed on the flash memory main body **30**, could be realized on an appropriate position in a front or a rear side. In that case, position of the fixing groove **42** formed on the cover **40** will be changed correspondingly. Also, the hinge protuberance could he formed on the cover and the hinge hole could be formed on the flash memory main body. Furthermore, the hinge protuberance could be formed on only one side between the front and the rear sides of the case, and also, only one hinge hole for receiving the hinge protuberance could be provided to the cover.

As is apparent from the foregoing description, according to the flash memory apparatus having the single body type rotary cover of the present invention, the cover is confined to the flash memory main body, so that there is no possibility that the cover is lost and the USB terminal piece is damaged, whereby durability of the flash memory apparatus is improved.

What is claimed is:

1. A flash memory apparatus comprising:
   a flash memory main body including a rectangular shaped case within which a memory element is mounted, an USB (Universal Serial Bus) terminal piece electrically connected with the memory element and installed at a front end of the case in a projecting manner, and a hinge protuberance formed on at least one side of the case; and
   a cover including pair of parallel plate members facing each other and spaced by an interval corresponding to the thickness of the case, the cover having an open front end and a closed rear end with a pair of lateral side openings; the parallel plate members having at least one hinge hole receiving the hinge protuberance on the case for pivoting the case with respect to the flash memory main body, whereby the USB terminal piece is received in an inner space of the cover or exposed outside the cover.

2. The apparatus according to claim **1**, wherein a reception maintaining arrangement is provided on the flash memory main body and the cover wherein when the USB terminal piece is received in an inner space of the cover, the main body is maintained within the inner space of the cover.

3. The apparatus according to claim **2**, wherein the reception maintaining portion includes a fixing groove formed by partially closing one side of the cover and a

joining protuberance formed on one lateral side of the case, the joining protuberance being maintained in the fixing groove by a force fit when the LSB terminal piece is received in the inner space of the cover.

4. The apparatus as in claim **1**, wherein a hooking groove is formed on a lower periphery of the hinge protuberance and a hooking threshold for being hooked on the hooking groove upon joining of the hinge protuberance and the hinge hole, is formed on a lower portion of a rim confining the hinge hole.

5. The apparatus as in claim **2**, wherein a hooking groove is formed on a lower periphery of the hinge protuberance and a hooking threshold for being hooked on the hooking groove upon joining of the hinge protuberance and the hinge hole, is formed on a lower portion of a rim confining the hinge hole.

6. The apparatus as in claim **3**, wherein a hooking groove is formed on a lower periphery of the hinge protuberance and a hooking threshold for being hooked on the hooking groove upon joining of the hinge protuberance and the hinge hole, is formed on a lower portion of a rim confining the hinge hole.

7. A flash memory apparatus comprising:
   a flash memory main body including a case within which a memory element is mounted, an USB (Universal Serial Bus) terminal piece electrically connected with the memory elementand installed at a front end of the case in a projecting manner, and at least one first hinge element formed on at least one side of the case; and
   a cover including pair of parallel plate members facing each other and spaced by an interval corresponding to the thickness of the case, the cover having an open front end and a closed rear end with a pair of lateral side openings; the parallel plate members having at least one second hinge element cooperating with the first hinge element of the case for pivoting the case with respect to the flash memory main body, whereby the USB terminal piece is received in an inner space of the cover or exposed outside the cover.

8. A flash memory apparatus comprising:
   a flash memory main body including a case within which a memory element is mounted, an USB (Universal Serial Bus) terminal piece electrically connected with the memory element and installed at a front end of the case in a projecting manner; and
   a cover including a pair of parallel plate members facing each other and spaced by an interval corresponding to the thickness of the case, the cover having an open front end, a closed rear end and a pair of lateral side openings; the parallel plate members defining an inner space receiving the case and being hinged to the case wherein the USB terminal piece is positioned within the inner space of the cover or exposed outside the cover by rotating the cover and case with respect to one another.

9. The apparatus according to claim **8**, wherein a reception maintaining arrangement is provided on the flash memory main body and the cover and wherein when the USB terminal piece is received in an inner space of the cover, the main body is maintained within the inner space of the cover.

10. The apparatus according to claim **9**, wherein the reception maintaining portion includes a fixing groove formed by partially closing one side of the cover and a joining protuberance formed on one lateral side of the case, the joining protuberance being maintained in the fixing groove by a force fit when the USB terminal piece is received in the inner space of the cover.

11. The apparatus according to claim **8** wherein the cover and case are hinged by a hinge protuberance on at least one side of the case and at least one hinge hole in one of the parallel plate members that receives the hinge protuberance.

12. The apparatus of claim **11** wherein there is a hinged protuberance on a front side and a back side of the case and a hinge hole in each of the parallel plate members.

13. The apparatus as in claim **11**, wherein a hooking groove is formed on a lower periphery of the hinge protuberance, and a hooking threshold for being hooked on the hooking groove upon joining of the hinge protuberance and the hinge hole is formed on a lower portion of a rim confining the hinge hole.

14. The apparatus according to claim **11**, wherein a reception maintaining arrangement is provided on the flash memory main body and the cover and wherein when the USB terminal piece is received in an inner space of the cover, the main body is maintained within the inner space of the cover.

15. The apparatus according to claim **14**, wherein the reception maintaining portion includes a fixing groove formed by partially closing one side of the cover and a joining protuberance formed on one lateral side of the case, the joining protuberance being maintained in the fixing groove by a force fit when the USB terminal piece is received in the inner space of the cover.

16. The apparatus according to claim **8** wherein the case in rectangular-like.

17. The apparatus according to claim **8** wherein the front end of the case has a curved shape.

18. The apparatus according to claim **8** wherein the end of the case opposite the front end has a curved shape.

19. The apparatus according to claim **17** wherein the end of the case opposite the fornt end has a curved shape.

20. The apparatus according to claim **8** wherein the front end of the cover has a curved shape.

21. The apparatus according to claim **8** wherein the rear end of the cover has a curved shape.

22. The apparatus according to claim **20** wherein the rear end of the cover has a curved shape.

23. The apparatus of claim **19** wherein both the front end and the rear end of both the case and cover have curved shapes.

24. A flash memory apparatus comprising:
   a flash memory main body including a case comprising a memory element, a USB (Universal Serial Bus) terminal piece operatively connected with the memory element at a front end of the case and a hinge element formed on at least one side of the case; and
   a cover including a pair of parallel plate members facing each other and spaced by an interval corresponding to the thickness of the case, the cover having an open front end with a pair of lateral side openings; the parallel plate members having at least one hinge element which cooperates with the hinge element on the case for pivoting the case with respect to the flash memory main body, whereby the USB terminal piece is received in an inner space of the cover or exposed outside the cover.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,926,544 B2                                              Page 1 of 1
DATED         : August 9, 2005
INVENTOR(S)   : Jung-Woo Lee

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:


<u>Title page,</u>
Item [30], **Foreign Application Priority Data**, reads "20-2002-0016582" should read -- 30-2002-0016582 --.

<u>Column 4,</u>
Line 44, reads "mounted, an" should read -- mounted, a --.
Line 50, reads "including pair" should read -- including a pair --.

<u>Column 5,</u>
Line 3, reads "LSB terminal" should read -- USB terminal --.
Lines 25 and 43, reads "mounted, an USB" should read -- mounted, a USB --.
Line 27, reads "elementand" should read -- element and --.
Line 30, reads "including pair" should read -- including a pair --.

<u>Column 6,</u>
Line 31, reads "in rectangular-like." should read -- is rectangular-like. --.
Line 37, reads "the fornt end" should read -- the front end --.


Signed and Sealed this

Twenty-first Day of March, 2006



JON W. DUDAS
*Director of the United States Patent and Trademark Office*